**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Charles M. Caldwell
United States Bankruptcy Judge

**Dated: June 3, 2016**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| In re | : | **Case No. 10-56271** |
| | : | |
| Brett Allen Rigney | : | Chapter 13 |
| Kathryn Marie Rigney, | : | |
| | : | (Judge Caldwell) |
| Debtors. | | |

**SCHEDULING ORDER REGARDING MOTION TO SHOW CAUSE (DOC. NO. 102) AND THE RESPONSE OF THE STATE OF OHIO DEPARTMENT OF TAXATION (DOC. NO. 104)**

The Court has reviewed the above-captioned pleadings regarding a dispute of personal income tax assessments owed to the State of Ohio Department of Taxation. It appears that this dispute may be resolved by the exchange of documentation and discussions. Accordingly, the following schedule is established:

- On or before **July 15, 2016,** the parties shall exchange all information relevant to their dispute, and shall meet to determine whether a settlement can be reached.

- On or before **July 15, 2016,** the parties shall upload an agreed entry or a joint request for hearing indicating the amount of hearing time required, and including a detailed list of witnesses to be called and documents to be offered into evidence.

**IT IS SO ORDERED.**

**Copies to**:

Default List
Brian M. Gianangeli, Esq.   (electronic service)
Michelle Rahwan, Courtroom Deputy

###